

NUMBER 13-08-00266-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

DALE WALKER AND FLORENCE WALKER,                    Appellants,

v.

K-3 RESOURCES, L.P., A/K/A AND D/B/A K-3
BMI, A/K/A AND D/B/A K-3 SERVICES,
A/K/A AND D/B/A BIOSOLIDS MANAGEMENT;
MANAGEMENT BY KE3, L.P. K-3 RESOURCES,
INC.; SERVICES BY KE, L.L.C.; KARLIS
ERCUMS, III; AND JOHNNY LEE KING, JR.,          Appellee.

On appeal from the 105th District Court
of Kleberg County, Texas.

# MEMORANDUM OPINION

Before Chief Justice Valdez and Justices Rodriguez and Garza
Memorandum Opinion Per Curiam

Appellants, Dale Walker and Florence Walker, perfected an appeal from a judgment entered by the 105th District Court of Kleberg County, Texas, in cause number 06-550-D. Appellants have filed an agreed motion to dismiss appeal on grounds that the parties have reached an agreement to settle and compromise their differences. Appellants request that this Court dismiss the appeal.

The Court, having considered the documents on file and appellants' agreed motion to dismiss appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Appellants' agreed motion to dismiss appeal is granted, and the appeal is hereby DISMISSED. The parties have agreed, as part of the settlement, to bear their own costs incurred in this appeal. Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

PER CURIAM

Memorandum Opinion delivered and filed
this the 23rd day of October, 2008.